JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT MITCH REYES,** | Case No. 5:15-cv-01711-CAS-SP |
| Plaintiff, | **ORDER** |
| vs. | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC; and DOES 1 to 20, INCLUSIVE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 10th day of December, 2015.

_____
The Honorable Christina A. Snyder